■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMORY CHILDS, Appellant. — Judgment, Supreme Court, Bronx County (Herbert Shapiro, J.), rendered on November 10, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Ross and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER ROSNER, Appellant. — Judgment, Supreme Court, New York County (Stephen Crane, J.), rendered on June 1, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Bloom, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL KONINSKY, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered on July 12, 1982, unanimously affirmed. Application by counsel for leave to be relieved pursuant to *People v Saunders* (52 AD2d 833) and *Anders v California* (386 US 738) denied. No opinion. Concur — Sandler, J. P., Bloom, Fein and Milonas, JJ.